BURNS BROTHERS, Respondent, v. LOUIS H. SALTZMAN, Appellant.— A triable issue was raised as to the question whether the notes were altered by adding an acceleration clause, which should be passed upon by the jury. Judgment and order reversed, with costs, and motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

JENNIE POMERANTZ, by WILLIAM POMERANTZ, Her Guardian ad Litem, and Another, Appellants, v. THE CLARK NEIGHBORHOOD ASSOCIATION, Respondent, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

JAMES MILLER, Respondent, v. OTIS ELEVATOR COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES FREDERICKS, Respondent, v. FLORENCE E. GODDARD-TODD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES W. ELMES, Respondent, v. CHARLES L. WAGNER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

MADELINE BERNHEIM, Appellant, v. 688 NINTH AVENUE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

ANTHONY J. SPECIALE and Another, Copartners, Doing Business as N. P. ECONOMOU & THEODOS, Appellants, v. HOLMES ELECTRIC PROTECTIVE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

PHILIP ZUCKERMAN and Another, Copartners, Doing Business as ZUCKERMAN BROS., Appellants, v. BREYER ICE CREAM Co., INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint at law within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

HUGH HEMINGWAY, Appellant, v. ELIZABETH MACKENZIE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [137 Misc. 876.]

JOSEPH I. LEVY, Respondent, v. FREDERICK J. LISMAN and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

IRVING TRUST COMPANY, Trustee in Bankruptcy of IRVING FREED, and Others, Respondents, v. GALWAY WOOLEN MILLS, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

ARDLEA INCORPORATION, Appellant, v. SOL REICHGOTT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.